1

2

3

4

5

6                            IN THE UNITED STATES DISTRICT COURT

7                          FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    ARTHUR ROBLES,                              1:06-CV-0219 AWI DLB P

10           Plaintiff,

11      vs.                                      ORDER TO SUBMIT APPLICATION
                                                 TO PROCEED IN FORMA PAUPERIS
12   DALE LEPPKE, et al.,                        **OR**  FILING FEE

13
             Defendants.
14   _____/

15           Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

16   § 1983.  Plaintiff has not paid the $250.00 filing fee, or submitted an application to proceed in forma

17   pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.   Accordingly, IT IS HEREBY

18   ORDERED that:

19           1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma

20   pauperis.

21           2.   Within thirty days of the date of service of this order, plaintiff shall submit a

22   completed application to proceed in forma pauperis, or in the alternative, pay the $250 filing fee for this

23   action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

24           IT IS SO ORDERED.

25       **Dated:    March 14, 2006**                    _____ **/s/ Dennis L. Beck** _____
     3c0hj8                                        UNITED STATES MAGISTRATE JUDGE
26

27

28