IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ROBLES, | 1:06-CV-0219 AWI DLB P |
|     Plaintiff, | |
|   vs. | ORDER VACATING ORDER OF MAY 6, 2006 |
| DALE LEPPKE, et al., | (DOCUMENT #7) |
|     Defendants. / | |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

    On May 6, 2006, the court issued an order entitled "Order Directing Payment of Inmate Filing Fee," directing the Madera County Sheriff's Department, Civil Division, to send payments to the court from plaintiff's inmate trust account for the $250.00 statutory filing fee for this action.  Due to the fact the Madera County Sheriff's Department has no control over the trust account of plaintiff,  the court shall vacate its order of May 6, 2006, entitled "Order Directing Payment of Inmate Filing Fee".  Under separate cover the court will issue an order directed to the proper facility handling the trust account of the inmates

housed at the Madera County Jail, to wit: the Madera County Department of Corrections, 14191 Road 28, Madera, California 93638.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's order of May 6, 2006, entitled "Order Directing Payment of Inmate Filing Fee," is VACATED in its entirety;

2. The Clerk of Court shall serve a copy of this order on:

   (1) Plaintiff, Arthur Robles,

   (2) the Madera County Sheriff's Department, Civil Division, c/o Deputy Motz, 14143 Road 28, Madera, CA 93638, and

   (3) the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

Dated:   May 26, 2006                         /s/ Dennis L. Beck
3c0hj8                                         UNITED STATES MAGISTRATE JUDGE