1

2

3

4

5

6 # UNITED STATES DISTRICT COURT

7 ### EASTERN DISTRICT OF CALIFORNIA

8 ARTHUR ROBLES,                                )   1:06cv0219 AWI DLB
                                                )
9                                               )
                                                )   ORDER DIRECTING CLERK OF COURT
10                          Plaintiff,           )   TO CONVERT CASE TO A REGULAR
                                                )   CIVIL CASE
11          v.                                   )
                                                )
12 DALE LEPPKE, et al.,                          )
                                                )
13                                               )
                                                )
14                          Defendants.          )
                                                )
15

16          Plaintiff, a prisoner proceeding pro se, filed the instant complaint on February 27, 2006.

17 The case was initially designated as a prisoner civil rights case filed pursuant to 42 U.S.C. §

18 1983.  However, upon further review of the complaint, it appears that it should have been filed as

19 a regular civil case.

20          Accordingly, the Clerk of the Court is ORDERED to convert this case from a prisoner

21 case to a regular civil case.

22

23          IT IS SO ORDERED.

24   **Dated:    October 27, 2006**              /s/ **Dennis L. Beck**
     3b142a                                      UNITED STATES MAGISTRATE JUDGE
25

26

27

28

1