# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ROBLES, ) | CV F 06-0219 AWI DLB |
| Plaintiff, ) | ORDER VACATING APRIL 30, 2007 HEARING AND REFERRING MOTION TO MAGISTRATE JUDGE |
| v. ) | |
| DALE LEPPKE, DANIEL GODWIN, CITY OF MADERA POLICE DEPARTMENT, ) | |
| Defendants ) | |

In this civil rights action, state prisoner Plaintiff Arthur Robles sues Defendants for shooting him. While Plaintiff is incarcerated and Plaintiff is proceeding pro se and in forma pauperis, this civil rights action concerns events prior to Plaintiff's incarceration and does not concern Plaintiff's conditions of confinement. As such, this action was not automatically referred to the Magistrate Judge.

Pending before the court is Defendants' motion to dismiss the complaint, which Defendants have scheduled for oral argument before the undersigned on April 30, 2007. Given this action involves a prisoner who is proceeding pro se and in forma pauperis, the court finds the interests of judicial economy would be served by referring the pending motion to the Magistrate Judge pursuant to Local Rule 72-302(c).

Accordingly, it is HEREBY ORDERED that:

1. The pending motion to dismiss is REFERRED to the Magistrate Judge to issue Findings and Recommendations pursuant to Local Rule 72-302(c);
2. The April 30, 2007 hearing before the undersigned is VACATED; and
3. If after receiving reviewing the motion, the Magistrate Judge desires a hearing, the Magistrate Judge will set a new date and time for a hearing before the Magistrate Judge.

IT IS SO ORDERED.

**Dated:   April 6, 2007**
0m8i78

/s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE

2