# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ROBLES, | 1:06cv0219 AWI DLB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SUBMIT OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |
| v. | |
| DALE LEPPKE, et al., | |
| Defendants. | |

Arthur Robles ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Defendant Madera Police Department ("MPD") filed the instant motion to dismiss on March 16, 2007. On April 10, 2007, the Honorable Anthony W. Ishii referred the motion to the undersigned for findings and recommendation to the District Court pursuant to Local Rule 302(c).

Plaintiff has not yet filed an opposition. However, to ensure that the Court is aware of all facts that may be relevant to deciding the motion to dismiss, Plaintiff is ORDERED to file an opposition to the motion within thirty (30) days of the date of service of this order. If Plaintiff fails to do so, the Court will decide the motion on the merits, without the benefit of Plaintiff's input.

IT IS SO ORDERED.

Dated:   May 1, 2007             /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE

1